

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      White Lion Holdings, LLC  v. The State of Texas

Appellate case number:    01-14-00104-CV

Trial court case number:  D-1-GV-13-001068

Trial court:            98th District Court of Travis County

Date motion filed:       November 16, 2015

Party filing motion:     Appellant White Lion Holdings, L.L.C.

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ ____Harvey Brown_____
                        ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: February 4, 2016